# NITED STATES DISTRICT COURT
**District of Minnesota**

**Case Number: 00 CV 02247 JRT/FLN**

## *PETITION FOR ADMISSION PRO HAC VICE*
***Affidavit of Movant***

I, Kari L. Wraspir, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice David A. Shirlen, an attorney admitted to practice in the Middle District of North Carolina, but not admitted to the bar of this court, who will be counsel for the Plaintiff Andersen Windows in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case, and that I accept service of all papers served.

Date: **April 9, 2001**

Signature

Minnesota Attorney License No.: 28029X

Law Firm: **Oppenheimer Wolff & Donnelly LLP**
Suite/Bldg: **3400 Plaza VII Building**
Street Address: **45 South Seventh Street**
City State Zip: **Minneapolis, MN 55402**
Telephone: **(612) 607-7332**
Fax: **(612) 607-7100**

## ***Affidavit of Proposed Admittee***

I, David A. Shirlen, am currently a member in good standing of the U.S. District Court for the Middle District of North Carolina, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: **00 CV 02247 JRT/FLN**
**Case Title: Andersen Windows, Inc. v. Huttig Building Products, Inc.**

Judge Assigned:
**John R. Tunheim**

Date: ~~**March**~~ April 4, **2001** **David A. Shirlen**

Signature

Social Security No.
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

Attorney License No.
**N.C. Bar #13701**

Dates of Admission:
1986

Law Firm: **Womble Carlyle Sandridge & Rice, PLLC**
Suite/Bldg: **Post Office Drawer 84**
Street Address: **200 West Second Street**
City State Zip **Winston-Salem, North Carolina 27102**
Telephone: **(336) 721-3629**

Motion Granted:
For the Court, Francis E. Dosal, Clerk

Date: APR 12 2001

***Note***: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

☐ THIRD DIVISION
708 Federal Bldg.
316 N. Robert Street
St. Paul MN 55101

☒ FOURTH DIVISION
Suite 202
300 South 4th Street
Minneapolis MN 55415

☐ FIFTH DIVISION
417 U.S. Courthouse
515 W. First Street
Duluth MN 55802-1397

(13)

FILED APR 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM