UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case Number: Civ. No. 00 CV 02247 JRT/FLN
PETITION FOR ADMISSION PRO HAC VICE

AFFIDAVIT OF MOVANT

I, Jeffrey E. Grell, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit, pro hac vice, James E. Hannon, Jr., an attorney admitted to practice in all Pennsylvania courts by the Supreme Court for the Commonwealth of Pennsylvania and in the United States District Court for the Western District of Pennsylvania, but not admitted to the bar of this Court, who will be counsel for the defendant, Huttig Building Products, Inc., in the case listed below. I am aware that the local rules of this Court require that I participate in the preparation and presentation of the case and that I accept service of all papers served.

Dated: 9/28/01 [signature]

Minnesota Attorney:
Jeffrey E. Grell
License Number:
21078X

Law firm:
Leonard, Street and Deinard
A Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612.335.1500
Facsimile: 612.335.1657

AFFIDAVIT OF PROPOSED ADMITTEE

I, James E. Hannon, Jr., am currently a member in good standing of the bars of the Supreme Court of the Commonwealth of Pennsylvania and the United States District Court for the Western District of Pennsylvania, but not admitted to bar of this Court. I understand that if this Court grants me admission, pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| | |
|---|---|
| Case Number: Civ No. 00CV 02247 JRT/FLN | Judge and Magistrate Assigned: The Honorable John R. Tunheim and Chief Magistrate Judge, the Honorable Franklin L. Noel |
| Case Title: *Andersen Windows, Inc. v. Huttig Building Products, Inc.* | |

Dated: 9/24/01 [signature]

79224
(Atty. License No.)

January 1997
(Date of Admission)

James E. Hannon, Jr.

Law Firm:
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Telephone: 412-335-6500
Facsimile: 412-335-6501

PI-749129 v1

FILED OCT 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Motion Granted: [signature] /lj
For the Court, Francis E. Dosal, Clerk Dated: OCT 03 2001

Note: the original of this form and the Pro Hac Vice admission fee of $25.00 per attorney/per case shall be filed with the Clerk of the Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

| | | |
|---|---|---|
| ( ) THIRD DIVISION<br>Warren E. Burger Federal Bldg.<br>316 North Robert Street<br>St. Paul, MN 55101 | ( ) FOURTH DIVISION<br>U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | ( ) FIFTH DIVISION<br>Federal Building<br>515 West First Street<br>Duluth, MN 55802-1397 |