**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Windows, Inc., a Minnesota corporation,

Plaintiff,

vs.

Huttig Building Products, Inc., a Delaware corporation,

Defendant.

**Civ. No. 00 CV 02247 JRT/FLN**

**ORDER MODIFYING PRETRIAL SCHEDULE**

---

Pursuant to Fed. R. Civ. P. 16 and LR 16.3, and based upon the stipulation and joint motion of the parties, the following subsections of the Pretrial Schedule filed on April 19, 2001, are hereby modified to provide:

1. Discovery/Non-Dispositive Motions:

    b. All discovery shall be commenced in time to be completed by March 1, 2002.

    g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by May 30, 2002. [No change in remainder of 1.(g)].

2. Expert Disclosure and Discovery:

    b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

        1) By both parties on or before March 15, 2002, with respect to initial experts.

        2) By both parties on or before April 15, 2002, with respect to rebuttal experts.

        3) Reply reports are due by April 30, 2002.

    c. Each party may depose no more than 3 expert witnesses on or before May 30, 2002.

NOV 2 2001
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Except as provided above, the Pretrial Schedule filed on April 19, 2001, remains applicable, including the July 1, 2002, dispositive motion deadline, and the September 1, 2002, trial ready date.

DATED: November 2, 2001.

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge