UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andersen Windows, Inc.,

Plaintiff,

v.

Huttig Building Products, Inc.,

Defendant.

Civil No. 00-2247 JRT/FLN

**ORDER**

---

Leon R. Goodrich, Kari L. Wraspir & David Shirlen for Plaintiff.
Jeffrey E. Grell & James Hannon for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on January 14, 2002, on Plaintiff's Motion to Compel Discovery Responses [#32].

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Compel Discovery [#32] is **GRANTED in part** and **DENIED in part** as follows:

   a. Defendant shall produce documents responsive to Plaintiff's Document Requests Nos. 1-23, 25, 28-41, 43 & 44-48;

   b. Insofar as the Motion seeks to compel the production of documents responsive to Plaintiff's Document Request No. 24, it is **DENIED**;

   c. Defendant shall supplement its answers to Interrogatories Nos. 1-4 & 8-12;

   d. Insofar as the aforementioned Interrogatories require a narrative response, as opposed to document production, Defendant shall answer or supplement its answers by serving complete and detailed narrative responses;

FILED FEB 06 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Due to the delay in discovery, this Court will be willing to entertain a joint-motion to extend the discovery deadline, should the need arise.

DATED: Feb. 6, 2002.

Franklin L. Noel

FRANKLIN L. NOEL
CHIEF MAGISTRATE JUDGE