**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Andersen Windows, Inc., a Minnesota corporation,

Plaintiff,

vs.

Huttig Building Products, Inc., a Delaware corporation,

Defendant.

**Civ. No. 00 CV 02247 JRT/FLN**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that this action, and all claims and counterclaims asserted herein, shall be fully and finally dismissed with prejudice, each party to bear its own costs and attorney's fees.

Date: March 7, 2002.

**OPPENHEIMER WOLFF & DONNELLY LLP**

By [signature]

Leon R. Goodrich #3616X
Kari L. Wraspir #028029X
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100
E-Mail: lgoodrich@oppenheimer.com
kwraspir@oppenheimer.com

**WOMBLE CARLYLE SANDRIDGE & RICE PLLC**
Mark N. Poovey (N.C. State Bar No. 9416)
David A. Shirlen (N.C. State Bar No. 13701)
Post Office Drawer 84
Winston-Salem, North Carolina 27102
Telephone: (336) 721-3600
Fax: (336) 733-8383
Email: mpoovey@wcsr.com
dshirlen@wcsr.com

**ATTORNEYS FOR PLAINTIFF**

... 1 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: March 7, 2002.

**LEONARD STREET & DEINARD, P.A.**

By [signature]
Jeffrey E. Grell #21078

150 South Fifth Street
Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1929
Fax Telephone: (612) 335-1657

KIRKPATRICK & LOCKHART LLP
Thomas A. Donovan, Esq.
Tricia L. Davis, Esq.
1500 Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6466
Fax Telephone: (412) 355-6501

**ATTORNEYS FOR DEFENDANT**

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation executed by counsel herein, this action is hereby dismissed with prejudice and without costs and disbursements to any party.

Let Judgment Be Entered Accordingly.

Dated this ______ day of March, 2002.

BY THE COURT:

[signature] for
John R. Tunheim
United States District Court